# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARIA J. MARTINEZ-FERNANDEZ,**

    **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　　　　　　　　　**Civ. No. 19-0141 RB/JFR**

**NANCY BERRYHILL, Acting Commissioner
of SOCIAL SECURITY,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
## AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed May 16, 2019. (Doc. 19.) Objections were due no later than June 3, 2019. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 19) are adopted.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss for Lack of Jurisdiction (Doc. 16) is **GRANTED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE